AO-10
Rev. 1/91

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C.A. App. 6, §§101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| JACOBS, DENNIS G. | U.S. Court of Appeals Second Circuit | MARCH 22, 1992 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | X Nomination, Date MARCH 29 1992 ___ Initial ___ Annual ___ Final | JAN 1, 1991 to FEB. 29, 1992 |

| 7. Chambers or Office Address |
|---|
| SIMPSON THACHER & BARTLETT 425 LEXINGTON AVENUE NEW YORK, NY 10017 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

Partner — Simpson Thacher & Bartlett

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☒ NONE (No reportable agreements)

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|

☐ NONE (No reportable non-investment income)

| | | |
|---|---|---|
| 1 | Simpson Thacher & Bartlett: partnership income for legal services, 1990, 1991 and estimated income for legal services 1/1/92 - 2/29/92 | $2,039,140 |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |
| | | $ |

Digitized by Google

|

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS G. | MARCH 22, 1992 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|

☐ NONE (No such reportable reimbursements or gifts)

Exempt

## V. OTHER GIFTS. (Includes those to spouse and dependent children, use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|

☐ NONE (No such reportable gifts)

Exempt

$
$
$
$

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-19 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|

☒ NONE (No reportable liabilities)

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>JACOBS, DENNIS G. | Date of Report:<br>MARCH 22, 1992 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy,sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | *EXEMPT* | | *EXEMPT* | | |
| 1 MUN. BD: NYC Pub. Ben. Corp. (J) | C | int | L | T | | | | | |
| 2 MUN. BD: Brookhaven NY Ser. B (J) | D | int | L | T | | | | | |
| 3 MUN. BD: NYC Mun. Wtr. Fin. Auth'y (J) | D | int | L | T | | | | | |
| 4 MUN. BD: NYS Dorm'y Auth'y (J) | D | int | L | T | | | | | |
| 5 MUN. BD: NYS Med. Care Fac'y Fin. Agency (J) | C | int | L | T | | | | | |
| 6 MUN. BD: NYC (pre-refunded) (J) | D | int | L | T | | | | | |
| 7 MUN. BD: NYC Mun. Wtr. Fin. Auth'y (J) | C | int | L | T | | | | | |
| 8 MUN. Bd: NYS Dorm'y Auth'y (J) | D | int | L | T | | | | | |
| 9 MUN. BD: P.R. Pub. Fin. Corp. Ser. B (J) | C | int | M | T | | | | | |
| 10 MUN. BD: NYS HFA St. Univ. Constr (J) | A | int | K | T | | | | | |
| 11 MUN. BD: NYS HFA Refunding St. Univ. Constr (J) | A | int | J | T | | | | | |
| 12 U.S. T-Note (J) | D | int | (L) | T | (sold) | | | | |
| 13 Rental apt: Pound Ridge, N.Y. (J) (1983: allocated purchase price: 165,000) | D | rent | M | R | | | | | |
| 14 Working Capital Acc't: law firm | E | int | M | T | | | | | |
| 15 Money Mkt: Fidelity (comb'd) (J) | D | div | N | T | | | | | |
| 16 Money Mkt: Am Exp Gov't & Agencies Fund (J) | A | div. | K | T | | | | | |
| 17 Money Mkt: Am Exp Daily Div Fd (J) | B | div | A | T | | | | | |
| 18 Checking: Amalgamated Bk of NY (S) | A | int | A | T | | | | | |
| 19 Cash acc'ts: MATCo (Chemical Bk) (J) | B | int | L | T | | | | | |
| 20 Rent sec'y acc't: Crossland Sav. | A | int | J | T | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | N=$100,001 to $250,000 |
| | M=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | J=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

Date of Person Reporting

JACOBS, Dennis G.

Date of Report

MARCH 22, 1992

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.) (Page 2)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, (DC) for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain: Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | E X E M P T | | | | |
| 1 Stock Mut. Fds: Fidelity (comb) (J) | B | div. | L | T | | | | | | |
| 2 Guaranteed Inc. Contract: John Hancock | E | int | N | T | | | | | | |
| 3 Stock Mut. Fd: Salomon Bros Inv. Fd | A | div | J | T | | | | | | |
| 4 Stock Mut. Fd: Fidelity Inv. | L | div. | N | T | | | | | | |
| 5 Stock Mut Fd: law firm retirement acct managed by: Sheenan Wood & Assor's | B | div. | J | T | | | | | | |
| 6 Stk Mut Fd: Warburg Pincus | B | div. | J | T | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less D=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to 5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>JACOBS, DENNIS G. | Date of Report<br>MARCH 22, 1992 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_None._

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Dennis G. Jacobs_                                                  Date _March 22, 1992_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google